

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00416-CR

| | | |
|---|---|---|
| The State of Texas | § | From the 213th District Court |
| | § | of Tarrant County (1273898) |
| v. | § | January 21, 2016 |
| | § | Opinion by Chief Justice Livingston |
| Laura Ann Swan | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order granting Laura Ann Swan's motion to suppress is affirmed.

It is further ordered that the State of Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
　　　Chief Justice Terrie Livingston